

FILED

DEC 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOW-N-EDGE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendants. | No. 1:14-cv-00396-DAD-EPG<br><br>ORDER REGARDING DISBURSAL OF INTERPLEAD FUNDS<br><br>(Doc. No. 40) |

On December 13, 2016, the parties filed a joint stipulation and proposed order regarding the disbursal of interplead funds in this action. (Doc. No. 40.) Pursuant to the parties' stipulation, the interplead funds shall be dispersed as follows:

1. The interplead funds shall be disbursed to plaintiff;
2. Plaintiff Mow-N-Edge Corporation will locate Emma Bonilla Garcia, the beneficiary of Juan Gonzales, and establish the Juan Gonzales Memorial Trust and transfer of one-half the interplead funds to the Juan Gonzales Memorial Trust, the sole beneficiary of which shall be Emma Bonilla Garcia, in the amount of thirty-three thousand, four hundred seventy-seven dollars and twenty-four cents ($33,477.24);

/////

3. Plaintiff Mow-N-Edge Corporation and defendant National Union Insurance Company of Pittsburgh, PA ("NUFIC") shall execute a stipulation and proposed order pursuant to which the court will remit the interplead funds to plaintiff. Plaintiff will place one-half of the interplead funds into the Juan Gonzales Memorial Trust for the sole benefit of Garcia and issue monthly payments to Garcia from the trust, unless and until Garcia personally requests disbursement of the entire sum or sum remaining of the trust. The trustee shall be Michael Gene Black, who shall serve without compensation and shall manage the trust. A copy of the proposed trust documents shall be provided to NUFIC for approval prior execution of the above stipulation and proposed order to remit the interplead funds;

4. Plaintiff and NUFIC shall execute a stipulation and proposed order of dismissal of plaintiff's first amended complaint with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure within 5 (five) days after the payment specified in paragraph three of this order; and

5. The status conference set for December 20, 2016, at 9:30 AM in Courtroom 5 (DAD) before District Judge Dale A. Drozd is hereby vacated.

IT IS SO ORDERED.

Dated: __December 15, 2016__         _Dale A. Drozd_
                                      UNITED STATES DISTRICT JUDGE

2