UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOW-N-EDGE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No. 1:14-cv-00396-DAD-EPG<br><br>ORDER TO SHOW CAUSE |

On January 19, 2017, the court issued an order regarding the disbursal of interplead funds. (Doc. No. 43.) Pursuant to the parties' stipulation, that order provided that "[p]laintiff and [defendant National Union Insurance Company] shall execute a stipulation and proposed order of dismissal of plaintiff's first amended compliant with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure within 5 (five) days after the payment specified in paragraph two of this order." (*Id*. at 2.) Over four months have now passed since that order was issued and the parties have still not executed a stipulation of dismissal.

The court therefore orders the parties to show cause in writing by **Friday, June 16, 2017,** why sanctions should not be imposed due to their for failure to file the dispositional documents as directed in the January 19, 2017 court order and as reflected in the stipulations which have been filed with the court by the parties in this action. Alternatively, counsel may file the required

1

stipulated dismissal.  The parties are forewarned, that should they fail to respond to this order to show cause in writing and/or fail to file dispositional documents, as required by this order, sanctions will be imposed.  *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders).

IT IS SO ORDERED.

Dated: **May 16, 2017**

UNITED STATES DISTRICT JUDGE