UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOW-N-EDGE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., a Pennsylvania corporation,<br><br>Defendants. | No. 1:14-cv-00396-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE AND DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. Nos. 44, 45) |

On May 19, 2017, all appearing parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 45.) In light of the parties' stipulation, this action has now been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), having been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close this case. The order to show cause (Doc. No. 44), issued by this court on May 16, 2017, is discharged.

IT IS SO ORDERED.

Dated: **May 31, 2017**

_____
UNITED STATES DISTRICT JUDGE

1